# United States District Court

SOUTHERN  **DISTRICT OF**  FLORIDA

**99 - 00476 CR-DAVIS**

UNITED STATES OF AMERICA

V.

MICHAEL KAPELUSHNIK, ET AL.

**MAGISTRATE JUDGE BROWN**

**WARRANT FOR ARREST**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Michael Kapelushnik__
                                                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy, Transportation of Stolen Goods and Sale of Stolen Goods.

in violation of Title __18__ United States Code, Section(s) __371; 2314; 2315 and 2__

ROBERT L. DUBE
UNITED STATES MAGISTRATE JUDGE

Name of Issuing Officer                                      Title of Issuing Officer

_[signature]_                                                     7/8/99    Miami, FL
Signature of Issuing Officer                              Date and Location

Bail fixed at $ __PTD__ by _____
                                                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

## BOND RECOMMENDATION

DEFENDANT: **MICHAEL KAPELUSHNIK, a/k/a "Michael Kapel"**

_____PTD_____     (Surety, Recognizance, Corp. Surety, Cash)  (Jail)  (On Bond)  (Warrant) (Summons) (Marshal's Custody)

*[signature]*

**MICHAEL R. TEIN**
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: _____

What Facility: _____

Agent: **SAM BEJAR**